**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELENNA KIM-FORAKER,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **No. 09-3786** |
| **ALLSTATE INSURANCE COMPANY,** | : | |
| | : | |
| **Defendant.** | : | |

**O R D E R**

AND NOW, this 14th day of July, 2011, after consideration of defendant's motion for summary judgment (paper nos. 30 and 36) and plaintiff's response (paper no. 32), following oral argument at which counsel for all parties were heard, and for the reasons stated in the attached memorandum, it is **ORDERED** that defendant's motion for summary judgment (paper nos. 30 and 36) is **GRANTED** on all counts.

/s/ Norma L. Shapiro
_____
J.